```
 1 │ NORA M. MANELLA
   │ United States Attorney
 2 │ LEON W. WEIDMAN
   │ Assistant United States Attorney
 3 │ Chief, Civil Division
   │ ALVAN M. JOFFE
 4 │ ASSISTANT UNITED STATES ATTORNEY
   │     300 NORTH LOS ANGELES STREET #7516
 5 │     LOS ANGELES, CA  90012
   │     213-894-2470
 6 │ Attorneys for the Plaintiff
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 1994
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>   v.<br><br>STEVEN J. EDWARDS, D.D.S.,<br>           Defendant. | CASE NO: CV-93A-30317<br><br>DEFAULT JUDGMENT |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from STEVEN J. EDWARDS, D.D.S., the sum of $156,140.61 as principal, $9,857.83 as accrued prejudgment interest, $140.00 administrative charges, a surcharge of $16,625.84 and $120.00 costs, for a total amount of $182,884.28 plus interest from May 9, 1994, at the rate of $28.54 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: MAY 20 1994

FRANK E. GOODROE, CLERK
U.S. District Court
Central District of California

By: ADRIENE MORRIS
       Deputy Clerk